# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 29, 2021

## NO. 03-21-00253-CV

**J. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on May 27, 2021. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.